UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LYNCH-BEY,

    Plaintiff,                       CIVIL ACTION NO. 09-14881

v.                                DISTRICT JUDGE DAVID M. LAWSON

DR. TONY CORSI,               MAGISTRATE JUDGE MARK A. RANDON

    Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR CIVIL CONTEMPT (DKT. NO. 30) AND ORDERING DEFENDANT TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

On December 17, 2009, Plaintiff, a prisoner in the Michigan Department of Corrections, filed a §1983 Complaint against Defendant. (Dkt. #1). The United States Marshals Service personally served Defendant on January 30, 2012. Defendant's Answer was due by February 21, 2012. Defendant failed to respond.

On July 18, 2012, this Magistrate Judge ordered Defendant to file a responsive pleading to Plaintiff's Complaint by August 13, 2012. (Dkt. #27). The Court warned Defendant that failure to do so may result in an order to show cause why Defendant should not be held in contempt for failing to comply with a Court Order. (Dkt. #27 at 2). Before the Court is Plaintiff's Motion for Civil Contempt Against Defendant. (Dkt. #30).

Plaintiff's motion is **DENIED WITHOUT PREJUDICE**. Defendant is **ORDERED** to appear, in person, at 231 W. Lafayette Room 602 on **September 11, 2012 at 10:00 a.m.** to show

1

cause why he should not be held in contempt for failing to comply with the Court's Order.

Failure to appear for the show cause hearing will result in an order of contempt.

    **IT IS ORDERED**.

                                        s/Mark A. Randon
                                        MARK A. RANDON
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  August 30, 2011

                                     *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, August 30, 2011, electronically and by first class mail.*

                                       *s/Melody R. Miles*
                                       *Case Manager to Magistrate Judge Mark A. Randon*