UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LYNCH-BEY, #146972,

      Plaintiff                   CIVIL ACTION NO. 09-14881

   v.                              DISTRICT JUDGE DAVID M. LAWSON

DR. TONY CORSI,              MAGISTRATE JUDGE MARK A. RANDON

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF (DKT. NO. 39)

      This matter is before the Court on Defendant's Motion for Leave to Take the Deposition of Plaintiff. (Dkt. No. 39). Having reviewed the motion,

      **IT IS ORDERED** that, for the reasons stated therein, the motion is **GRANTED**, and Defendant may schedule a mutually agreeable date with the Michigan Department of Corrections to depose Plaintiff.

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 6, 2012, electronically and by first class mail.*

                                              *s/Melody R. Miles*
                                              *Case Manager to Magistrate Judge Mark A. Randon*